IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CALVIN L. MIDDLETON                    :

       Plaintiff,                         :

vs.                                    :    CIVIL ACTION 17-00401-WS-N

JEFFERSON DUNN, et al,                 :

       Defendants.                        :


## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby

DISMISSED without prejudice.

DONE this 4th day of January, 2018.


s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE